In the Matter of the Claim of JOHN GRIFFIN, Respondent, against CRUIKSHANK CO., INC., Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued February 11, 1930; decided March 18, 1930.)

*James F. Donnelly, Edwin A. Jones* and *Irving W. Young, Jr.,* for appellant. Appellant was not an employer within group 13; nor was its principal business that of carrying on or conducting a hazardous employment, under the Workmen's Compensation Law. (*Westbay* v. *Curtis,* 198 App. Div. 25; 232 N. Y. 555; *Grassel* v. *Broadhead,* 175 App. Div. 874; *Matter of Wilson* v. *Dorflinger,* 218 N. Y. 84; *Bailey* v. *School Dist.,* 204 App. Div. 125; *Hungerford* v. *Bonn,* 183 App. Div. 818; *Matter of Schmidt* v. *Berger,* 221 N. Y. 26; *Grand Rapids & I. Ry. Co.* v. *Doyle,* 245 Fed. Rep. 792; *San Francisco & P. S. S. Co.* v. *Scott,* 253 Fed. Rep. 854; *Rogers* v. *C., B. & Q. R. R. Co.,* 107 N. E. Rep. 222; *Matter of Orleans Parish* v. *Murphy,* 101 So. Rep. 268; *Kendrick* v. *Roberts,* 72 Atl. Rep. 461; *Kovachoff* v. *St. John Lumber Co.,* 121 Pac. Rep. 801; *Seaboard Nat. Bank* v. *Woesten,* 48 S. W. Rep. 939; *Krug* v. *City of New York,* 196 App. Div. 226; *Ryan* v. *City of New York,* 228 N. Y. 16; *Altz* v. *Leiberson,* 233 N. Y. 16.)

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent. The appellant was conducting a hazardous business which comes under the Workmen's Compensation Law. (*Westbay* v. *Curtis & Sanger,* 232 N. Y. 555; *Krinsky* v. *Ward & Gow,* 193 App. Div. 557; 231 N. Y. 525; 259 U. S. 503.)

*Per Curiam.* Although the principal business of the employer was not a hazardous employment within the enumeration of the Workmen's Compensation Law (Cons. Laws, ch. 67, § 3), the claimant-employee was a person engaged in one of the hazardous employments so enumerated, to wit: Group 2, the Care of Buildings, and hence entitled to compensation under the provisions of section 2, subdivision 4 (*Matter of Glatzl* v. *Stumpp*, 220 N. Y. 71).

The order should be affirmed with costs.

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Order affirmed.